AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-11076-DJC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Philips North America, LLC c/o CSC

was received by me on *(date)*  07/01/2021  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  CSC - Documents were left in bin per instructions , who is designated by law to accept service of process on behalf of *(name of organization)*  Philips North America, LLC c/o CSC  on *(date)*  07/06/2021  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/08/2021

*Server's signature*

Francis DiMeo, III, Process Server
*Printed name and title*

Dennis Richman's Services
4 Neshaminy Interplex Dr., Suite 108
Trevos, PA 19053
*Server's address*

Additional information regarding attempted service, etc:

Served at 251 Little Falls Drive, Wilmington, DE.  Due to Covid-19, the current protocol for service is to place the documents in a service drop bin.  The documents were placed in the bin per CSC protocol.

189727

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-11076-DJC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Philips RS North America, LLC c/o CSC
was received by me on *(date)* 07/01/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CSC - Documents were left in bin per instructions , who is
designated by law to accept service of process on behalf of *(name of organization)*
Philips RS North America, LLC c/o CSC on *(date)* 07/06/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/08/2021

*Server's signature*

Francis DiMeo, III, Process Server
*Printed name and title*

Dennis Richman's Services
4 Neshaminy Interplex Dr., Suite 108
Trevos, PA 19053
*Server's address*

Additional information regarding attempted service, etc:

Served at 251 Little Falls Drive, Wilmington, DE. Due to Covid-19, the current protocol for service is to place the documents in a service drop bin. The documents were placed in the bin per CSC protocol.

189728