**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERRY SHELTON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC, <br><br> *Defendants*. | Case No. 1:21-cv-11076-DJC |

**DEFENDANTS PHILIPS NORTH AMERICA LLC AND PHILIPS RS NORTH AMERICA LLC'S MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON A MOTION TO TRANSFER**

Defendant Philips North America LLC ("Philips"), through its undersigned counsel, respectfully moves to stay all proceedings in this action, including the filing of answers, motions to dismiss, and other responsive pleadings by all parties, until the Judicial Panel on Multidistrict Litigation issues a decision on the Motion for Transfer and Coordination or Consolidation filed on July 7, 2021, in *In re: Philips Recalled CPAP, Bi-Level PAP, and Ventilator Litigation*, MDL No. 3014 (J.P.M.L. filed July 7, 2021) (ECF No. 1-1) (the "MDL Motion") and issues a scheduling order for proceedings in a consolidated MDL action.[1]  In support, Philips relies on the attached memorandum of law.

***Signature Page Follows***

---

[1] If the JPML issues an order denying the MDL Motion, Philips respectfully requests 60 days from the date of that order to answer or move to dismiss the Complaint or any superseding Complaint in this action.

Dated:  July 21, 2021                    Respectfully Submitted,

                                         /s/ *Daniel S. Savrin*
                                         Daniel S. Savrin (BBO #555434)
                                         daniel.savrin@morganlewis.com
                                         Emma Diamond Hall (BO #687947)
                                         emma.hall@morganlewis.com
                                         MORGAN, LEWIS & BOCKIUS LLP
                                         One Federal Street
                                         Boston, MA 02110-1726
                                         Tel: 617.341.7700

                                         John P. Lavelle, Jr. (admitted *pro hac vice*)
                                         john.lavelle@morganlewis.com
                                         Franco Corrado (admitted *pro hac vice*)
                                         franco.corrado@morganlewis.com
                                         MORGAN, LEWIS & BOCKIUS LLP
                                         1701 Market Street
                                         Philadelphia, PA 19103-2921
                                         Tel: 215.963.5000

                                         *Counsel for Defendant Philips North
                                         America LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Daniel S. Savrin, counsel for Defendant Philips North America LLC, certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendants conferred with counsel speaking on behalf of the Plaintiffs regarding the foregoing motion in an attempt to resolve or narrow the issues contained herein but have been unable to secure their position with respect to this motion despite efforts to do so.

/s/ Daniel S. Savrin
Daniel S. Savrin (BBO #555434)

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

/s/ *Emma Diamond Hall*
Emma Diamond Hall (BBO #687947)
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel: 617.341.7700