UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERRY SHELTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS RS NORTH AMERICA LLC,<br><br>*Defendants*. | Case No. 1:21-cv-11076-DJC |
| BRENDA LINETTE GRIFFIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS RS NORTH AMERICA LLC,<br><br>*Defendants*. | Case No. 1:21-cv-11077-DJC |
| CARLOS OLDIGS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PHILIPS NORTH AMERICA LLC, f/k/a PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation; KONINKLIJKE PHILIPS ELECTRONICS N.V., a foreign corporation; and DOES 1-50,<br><br>*Defendants*. | Case No. 1:21-cv-11078-DJC |

1

| | |
|---|---|
| DIANA RAMIREZ, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br>v.<br>PHILIPS NORTH AMERICA, LLC, KONINKLIJKE PHILIPS N.V., PHILIPS RS NORTH AMERICA LLC, and DOES 1-100,<br><br>*Defendants*. | Case No. 1:21-cv-11132-DJC |

**DEFENDANTS' PHILIPS NORTH AMERICA LLC'S AND PHILIPS RS NORTH AMERICA LLC'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON A <u>MOTION TO TRANSFER</u>**

Pursuant to L.R. 7.1(b)(4), Defendants Philips North America LLC and Philips RS North America LLC (collectively, "the Defendants") hereby move for leave to file a Reply in Support of Defendants' Motion To Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation on a Motion to Transfer. In support of this Motion, Defendants state as follows:

1. On July 21, 2021, Defendants filed a Motion to Stay Proceedings Pending A Decision By The Judicial Panel on Multidistrict Litigation on a Motion to Transfer. Dkt. No. 15.

2. On August 8, 2021, Plaintiff filed a Joint Response to Defendant Philips' Motion to Stay Proceedings, along with plaintiffs from eight other lawsuits in this Court: *Griffin v. Koninklijke Philips N.V., et al.*, No. 1:21-cv-11077 (D. Mass.); *Oldigs v. Philips North America LLC, et al.*, No. 1:21-cv-11078 (D. Mass.); *Schuckit v. Philips North America, LLC et al.*, No. 1:21-cv-11088 (D. Mass.); *Ramirez v. Philips North America, LLC et al.*, No. 1:21-cv-11132 (D. Mass.); *Algofi, et al. v. Koninklijke Philips N.V. et al.*, No. 21-cv-11150 (D. Mass.); *Basemore, et al. v. Koninklijke Philips N.V., et al.*, No. 1:21-cv-11208 (D. Mass.); *Feick v. Koninklijke Philips N.V., et al.*, No. 1:21-cv-11221 (D. Mass.); and *McGuire v. Philips North America, LLC et al.*, No. 1:21-cv-11153 (D. Mass.). Dkt. No. 19.

3. Defendants request leave to file the attached Proposed Reply in Support of Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation on a Motion to Transfer to address the issues raised in Plaintiff's Joint Response. *See* Ex. A hereto.

4. The Proposed Reply addressed new issues raised for the first time in Plaintiffs' Joint Response, as the Plaintiffs' Joint Response partially assents to a stay but seeks relief from the Court in the form of requests that certain discovery and pre-trial matters proceed while the consolidation and centralization decision by the JPML is pending. Defendants respectfully submit that the analysis set forth in the Reply will assist the Court in making its decision on the pending Motion.

5. Plaintiffs assent to this request.

6. The proposed form of reply is attached hereto as Exhibit 1.

WHEREFORE, Defendants respectfully request permission to file a brief in opposition to Plaintiff's Joint Response, and in support of Defendants' Motion to Stay.

Dated: August 6, 2021

Respectfully Submitted,

*/s/ Emma D. Hall*
Daniel S. Savrin (BO #555434)
daniel.savrin@morganlewis.com
Emma Diamond Hall (BO #687947)
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel: 617.341.7700

John P. Lavelle, Jr. (*pro hac vice*)
john.lavelle@morganlewis.com
Franco Corrado (*pro hac vice*)
franco.corrado@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000

*Counsel for Defendant Philips North America LLC and Philips RS North America LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Emma D. Hall, hereby certify on August 6, 2021, I conferred in good faith with opposing counsel in order to resolve or narrow the issues presented in the above motion.

*/s/ Emma D. Hall*
Emma D. Hall

## CERTIFICATE OF SERVICE

      I, Emma D. Hall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 6, 2021.

      */s/ Emma D. Hall*
      Emma D. Hall